AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
## for the
~~Eastern District of Louisiana~~
Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 10 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Michael Meyers
_Petitioner_

v.

Case No. 4-23CV-139-Y
_(Supplied by Clerk of Court)_

Bill Waybourn - Civilian
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Michael Meyers
   (b) Other names you have used: Boogeyman
2. Place of confinement:
   (a) Name of institution: U.S. Military Army Base
   (b) Address: 100 North Lamar Street Fort Worth, Texas
   (c) Your identification number: #0565059
3. Are you currently being held on orders by:
   ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:
   Secret Service Agency (972) 868-3200
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: Classified
       (b) Docket number of criminal case: Case # 1744568
       (c) Date of sentencing: 11-09-2022
   ☐ Being held on an immigration charge
   ☑ Other _(explain)_: Needing you to Contact Federal Authorities @ (972)868-3200 if you send me to prison I will Injure, Stab, and kill all men I am Michael Meyer the movie: Halloween actor

Page 2 of 10

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☑ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _Secret Service Agency_
   _@ (972) 868-3200_

   (b) Docket number, case number, or opinion number: _Case # 1744568_

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   _Conspiracy, Several officers and inmates have threatened to kill me in prison, and I will have grounds to stab, bite, murder, injure any man if you put me in prison_

   (d) Date of the decision or action: _11-09-2022_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes  ☑ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _N/A_

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: _____

   (4) Result: _____

   (5) Date of result: _N/A_

   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: __I'm Innocent__

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes     ☒ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a second appeal: __I'm Innocent__

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☒ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: N/A
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:
IM INNUCOT

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes     ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes     ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes     ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Youre agency is trying to send me to prison to get injured or murdered I will kill any officer, male or inmate if you try to force pills in me or do not release me, I am Michael Meyers the movie star from movie of Horror: Halloween

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes   ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes   ☑ No

If "Yes," provide:
(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes   ☑ No

If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing: N/A
(3) Case number: N/A

    (4) Result: _N/A_
    (5) Date of result: _N/A_
    (6) Issues raised: _N/A_

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _N/A_
    (b) Name of the authority, agency, or court: _N/A_

    (c) Date of filing: _N/A_
    (d) Docket number, case number, or opinion number: _N/A_
    (e) Result: _N/A_
    (f) Date of result: _N/A_
    (g) Issues raised: _N/A_

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Conspiracy to Commence Murder against the State laws of Texas

Page 7 of 10

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

On - 12-28-22 I was threatened by an Inmate Oscar Trevino who said he was the one who was going to Bomb the FBI and kill, shot all Federal agents, myself Because y'all murdered his husband-sister

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:** None

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

None

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☐ No

**GROUND THREE:** None

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

None

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND FOUR:** None

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
None

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: None

**Request for Relief**

15. State exactly what you want the court to do: Release Michael Meyers #0565059 from custody, arrest the people who are trying to injure me, or kill me, Do not attempt to send me to prison or the hospital or I will injure or murder some men or state officials, I'm of no threat to myself only to those who try to force me to prison or hospital. I'm not playing I will kill any guard or inmate or patient or stab or violently injure them I refuse to go to prison or sign for time even when I'm innocent

