IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GABRIEL SALAS,<br>(a/k/a Michael Myers)<br><br>       Petitioner,<br><br>v.<br><br>BILL WAYBOURN, Sheriff,<br>Tarrant, Texas,<br><br>       Respondent. | Civil Action No. 4:23-CV-139-Y |

## **FINAL JUDGMENT**

In accordance with the order issued this same day, and Federal Rule of Civil Procedure 58, the petition for relief under 28 U.S.C. § 2241 filed in this case only is **DISMISSED** as factually frivolous.

SIGNED March 2, 2023.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE